# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE SALAZAR, | Civil No. 3:18-cv-0675 |
| Plaintiff | (Judge Mariani) |
| v. | |
| UNITED STATES, | |
| Defendants | |

## ORDER

**AND NOW**, this 25th day of February, 2019, for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's motion to compel (Doc. 21) and motion for continuance of summary judgment (Doc. 22) are **DENIED**.

2. Defendant's motion for protective order (Doc. 19) is **GRANTED**.

3. Discovery is stayed until after the Court's resolution of Defendant's motion for summary judgment.

4. Plaintiff shall file a brief in opposition to Defendant's pending motion for summary judgment on, or before, March 14, 2019.

5. Failure to file a brief in opposition will result in Defendant's motion being granted as unopposed.

Robert D. Mariani
United States District Judge